**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 69.138.22.136**

**ISP:** Comcast Communications, LLC
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/15/2018 21:48:26 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 02/15/2018 21:43:30 | 7B1338CF011BB8AE92A32A35EE2FB215DC210A5F | Fill Her Up |
| 01/18/2018 01:08:24 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 11/17/2017 03:17:34 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

DC170